```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  AUG 2 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS KELLY, MOSHE MILSTEIN
and JOHN OKON,

                Plaintiffs,

v.

HARLEY LAPIN, as Director
  of the Federal Bureau of Prisons
and
J.M. KILLIAN, as Warden,
  Federal Prison Camp at
  Otisville, New York,

                Defendants.

Case No. 07-CV-4149 (LTS)(FM)

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

        PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs Douglas Kelly, Moshe Milstein and John Okon voluntarily dismiss without prejudice their claims asserted against defendants in this action.

Dated:  New York, New York
         July 27, 2007

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Moses Silverman
    Solomon N. Klein

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3355

*Attorneys for Plaintiffs*
*Douglas Kelly, Moshe Milstein*
*and John Okon*

SO ORDERED.

_____ 8/27/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE